[No. 34964-1-III.   Division Three.   June 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EARL KIRKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-01187-0, Sally F. Olsen, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., concurring in the result only.

[No. 73509-8-I.   Division One.   June 19, 2017.]

*In the Matter of the Parentage of* L.P.

TIFFANI PALPONG, *Respondent*, v. TYLER SOKUNTHOEUN MEAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-5-00202-8, George N. Bowden, J., entered June 15, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 73766-0-I.   Division One.   June 19, 2017.]

KIRK WILLIAMS, *Appellant*, v. CLAUDIA BALDUCCI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-29012-0, Judith H. Ramseyer, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Mann, JJ.

[No. 73954-9-I.   Division One.   June 19, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA ELIZABETH GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02858-6, Monica J. Benton, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.